UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

NATHAN DONTRION FINCH      §
(#590474),      §
     §
        Petitioner,      §
     §
V.      §         No. 3:20-cv-91-B
     §
DAVIDSON COUNTY SHERIFFS      §
DEPT.,      §
     §
        Respondent.      §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

**DATED: FEBRUARY 11, 2020.**

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

-1-